IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**FREDERICK L. PITCHFORD**

vs.                               NO. 3:06CV00044 GTE

**DANIEL MADDEN TURBITT,**
United States Merit Systems Protection
Board Administrative Judge

## ORDER

This cause of action was filed on March 20, 2006. On April 3, 2006, an Order was entered granting IFP and directing service of summons. The Clerk of Court issued and had the U.S. Marshal serve Defendant Turbitt as Plaintiff had Defendant Turbitt listed in his Complaint in the Dallas Field Office. Assistant U.S. Attorney Stacey McCord filed on June 2, 2006, a Notice of Failure to Perfect Service on Defendant. The Clerk of Court is directed to reissue summons and the U.S. Marshal is directed to serve Daniel Madden Turbitt at the U.S. Merit Systems Protection Board 1615 M. Street, NW, Washington, DC 20419. The Clerk of Court is directed to issue summons and the U.S. Marshal is directed to serve the United States of America by serving the United States Attorney for the Eastern District of Arkansas and the Attorney General of the United States.

SO ORDERED this 21st day of June, 2006.

_/s/ Garnett Thomas Eisele_
UNITED STATES DISTRICT JUDGE