UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**FREDERICK L. PITCHFORD**                                                              **PLAINTIFF**

v.                                        No. 3:06-CV-00044 GTE

**DANIEL MADDEN TURBITT,**
**UNITED STATES MERIT SYSTEMS PROTECTION BOARD**
**ADMINISTRATIVE JUDGE**                                                        **DEFENDANTS**

## ORDER

Plaintiff Frederick L. Pitchford, *pro se,* has filed a Motion for Reconsideration asking the Court to reconsider its Order filed September 8, 2010. Plaintiff's motion (docket no. 48) is DENIED.

IT IS SO ORDERED this 6th day of October, 2010.

_/s/Garnett Thomas Eisele_____
UNITED STATES DISTRICT JUDGE